# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORRIE SINGLETON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-062-JPG |
| | ) |
| **SARGEANT EVELSIZER,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failing to state a

claim. Dismissal is without prejudice. Judgment is entered in favor of Defendants and against

Plaintiff. Plaintiff shall take nothing from this action.

| July 1, 2009 | By: | s/ J. Phil Gilbert |
|---|---|---|
| *Date* | | *District Judge* |